NICK DELEANOS, Respondent, v. CHARLES KUHN, Appellant.— Action to recover damages for false imprisonment and for malicious prosecution. Order of the County Court, Nassau County, denying defendant's motion to compel service of a further amended complaint and to strike out paragraph "Fourth" of the amended complaint, affirmed, without costs, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to the Real Property Required for the Public Park Along the Northerly Side of Public Beach between Beach 110th Street (Eastern Avenue) and Beach 73rd Street (Cedar Avenue), etc., in the Borough of Queens, City of New York. Damage Parcels Nos. 295 and 299. ELLIOT B. LIROFF, Appellant; THE CITY OF NEW YORK, Respondent.— Appeal from order denying motion to amend the second partial and separate final decree so as to apportion an award made for four damage parcels so that a single award may be made for each of two groups of damage parcels. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of LOUISE COTTER, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1 OF MAMARONECK, Respondent.— Application, pursuant to article 78 of the Civil Practice Act, for an order directing the superintendent of schools of Union Free School District No. 1, Mamaroneck, New York, to recommend to the board of education of said district appellant's appointment on tenure, and for other relief. Order dismissing appellant's application on the merits unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.